UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

Stanislav Arbit,

Plaintiff,

vs.

Schneider Electric SE, LDP Associates, Inc., Hyper Solutions Inc., Dennis Strieter, Brad Schultheis, Simon Rhyner, and DOES 1-10, inclusive,

Defendant.

CASE NO. 3:26-cv-04146-SK

**ORDER GRANTING DEFENDANT HYPER SOLUTIONS INC.'S EX PARTE ADMINISTRATIVE MOTION AND SETTING TIME TO RESPOND**

Honorable Sallie Kim
Courtroom: C – 15th Floor

Complaint filed: May 6, 2026
Trial: No date set

Having considered Defendant Hyper Solutions, Inc. ("Hyper") ex parte administrative motion and the supporting papers filed thereto, the Court GRANTS Hyper's motion. Hyper shall answer or otherwise respond to the First Amended Complaint (Dkt. No. 12) by August 19, 2026. Hyper shall also file a consent/declination form indicating whether it consents to magistrate judge jurisdiction within 14 days of this Order.

**IT IS SO ORDERED.**

Date: July 17, 2026

HONORABLE SALLIE KIM
United States Magistrate Judge