UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STANISLAV ARBIT,

Plaintiff,

v.

SCHNEIDER ELECTRIC SE, et al.,

Defendants.

Case No. 26-cv-04146-SK

**ORDER GRANTING DEFENDANTS SCHNEIDER ELECTRIC SE AND SIMON RHYNER'S EX PARTE MOTION TO EXTEND RESPONSE DEADLINE**

Regarding Docket No. 37

Before the Court is Defendants Schneider Electric SE and Simon Rhyner's ("Defendants") ex parte motion to set a time to respond to Plaintiff's First Amended Complaint. (Dkt. No. 37.) Upon review of Defendants ex parte administrative motion and the supporting papers filed thereto, the Court GRANTS Defendants' motion. Defendants shall answer or otherwise respond to the First Amended Complaint (Dkt. No. 12) by September 3, 2026. Defendant Simon Rhyner shall also file a consent/declination form indicating whether he consents to magistrate judge jurisdiction within 14 days of this Order.

**IT IS SO ORDERED**.

Dated: July 23, 2026

SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California