UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STANISLAV ARBIT,
Plaintiff,

v.

SCHNEIDER ELECTRIC SE, et al.,
Defendants.

Case No. 26-cv-04146-SK

**ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION TO SHORTEN TIME**

Regarding Docket No. 55

Before the Court is Plaintiff's administrative motion to shorten the time for Defendant Simon Rhyner to respond to Plaintiff's First Set of Interrogatories and First Set of Requests for Production. (Dkt. No. 55.) Defendant Simon Rhyner filed an opposition. (Dkt. No. 58.) The Court DENIES Plaintiff's administrative motion WITHOUT PREJUDICE. The parties may file discovery disputes following the procedure set forth below.

Pursuant to the Court's Standing Order, for the Court to address discovery disputes, parties must meet and confer and file a joint discovery letter brief. (Judge Sallie Kim's Standing Order at 5, https://cand.uscourts.gov/sites/default/files/standing-orders/SK-Standing-Order.pdf.) Specifically, as provided in the Court's standing order, after meeting and conferring, the parties shall draft and file a jointly signed letter within five business days of the meeting and confer session that contains the following:

(a) A cover page with the case caption and an attestation that the parties met and conferred in person or telephonically before filing the letter, complied with Section 9 of the Northern District's Guidelines for Professional Conduct regarding discovery prior to filing the joint letter, as well as the signature of both parties or counsel;

(b) A section which sets forth the unresolved dispute and any pertinent factual background, including relevant case management deadlines such as discovery cutoff, pretrial conference and trial dates; and

United States District Court
Northern District of California

(c) With respect to each issue relating to the unresolved dispute, a detailed summary of each party's final substantive position and their final proposed compromise on each issue, including relevant legal authority. This process allows a side-by-side, stand-alone analysis of each disputed issue.

The joint letter shall not exceed eight (8) double-spaced pages, excluding the cover page, without leave of Court, and may not be accompanied by exhibits or affidavits other than exact copies of interrogatories, requests for production of documents and/or responses, privilege logs, and relevant deposition testimony. In addition, the joint letter shall not contain any footnotes. The joint letter must be e-filed under the Civil Events category of "Motions and Related Filings>Motions--General>Discovery Letter Brief." Pro se parties may mail the joint letter brief, but if at least one party is an ECF user, the joint letter must be e-filed. Upon receipt of the joint letter, the Court will determine what future proceedings are necessary.

All exhibits to motions and/or discovery dispute letters should be separately filed on ECF. For example, if the motion is Docket No. 30, and the declaration with ten exhibits is Docket No. 31, Exhibit A should be filed as Docket No. 31-1, Exhibit B should be Docket No. 31-2, and so on. All exhibits should be filed in a searchable OCR format where possible.

The Court ADVISES Plaintiff that the district court has produced a guide for pro se litigants called Representing Yourself in Federal Court: A Handbook for Pro Se Litigants, which provides instructions on how to proceed at every stage of your case, including discovery, motions, and trial. It is available electronically online (https://perma.cc/ANQ4-N2ZT) or in hard copy free of charge from the Clerk's Office. The Court additionally has a website with resources for pro se litigants (https://www.cand.uscourts.gov/pro-se-litigants/). The Court further advises Plaintiff that he also may wish to seek assistance from the Legal Help Center. Defendant may call the Legal Help Center at 415-782-8982 or email fedpro@sfbar.org for a free appointment with an attorney who may be able to provide basic legal help, but not legal representation.

**IT IS SO ORDERED**.

Dated: August 13, 2026

Sallie Kim

SALLIE KIM
United States Magistrate Judge